# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Timothy Bruce Horne        Docket No. 5:08-CR-9-1F

### Petition for Action on Probation

  COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Bruce Horne, who, upon an earlier plea of guilty to 18 U.S.C. § 1708, Theft of U.S. Mail, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 10, 2008, to a 60-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Timothy Bruce Horne
Docket No. 5:08-CR-9-1F
Petition For Action
Page 2

6. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. The defendant shall participate in such vocational training program as may be directed by the probation office.

On December 16, 2008, the court was informed the defendant would serve 2 days in jail as a DROPS sanction for marijuana use. On December 18, 2009, the court was informed of his payment arrearage and subsequently continued his supervision. In addition, on April 22, 2010, the court ordered that the defendant complete 48 hours of community service as a sanction for the defendant's admission to shoplifting.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 13, 2010, the defendant tested positive for the use of marijuana. The defendant has requested in lieu of a DROPS sanction that he serve a 30-day period of home detention. He reports his wife is expecting a child and believes a jail sentence could cause hardships. We recommend he be placed on 30 days of home detention as a sanction for his drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Timothy Bruce Horne
Docket No. 5:08-CR-9-1F
Petition For Action
Page 3

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: October 1, 2010

## ORDER OF COURT

Considered and ordered this 4th day of October, 2010, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge